IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>$35,995.00 U.S. CURRENCY, )<br>)<br>AND )<br>)<br>$57,545.00 U.S. CURRENCY, )<br>)<br>**Defendants *in Rem.*** ) | Civil Case No.  1:22cv919 |

## PLAINTIFF'S MOTION TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT

Plaintiff, by and through undersigned counsel, hereby move this Honorable Court to reset this matter for another date.   In support of this Motion, the plaintiff states as follows:

1. The plaintiff was originally scheduled to appear before the Court on December 16, 2022, for a hearing on the Plaintiff's Motion for Default Judgment.

2. The government is unavailable on December 16, 2022, due to long-planned family commitment in California.

3. The Plaintiff is available on the following dates: December 15, December 28, December 29, and December 30.

4. If none of the proposed dates work for the Court, the plaintiff is prepared to offer additional options.

For all the foregoing reasons, the plaintiff respectfully requests that the Court continue the hearing on the Plaintiff's Motion for Default Judgment.

Respectfully submitted,

JESSICA D. ABER

UNITED STATES ATTORNEY

By:   /s/Annie Zanobini
Annie Zanobini
Assistant United States Attorney
California Bar No. 321324
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office Number: (703) 299-3903
Facsimile Number: (703) 229-3982
Email Address: annie.zanobini2@usdoj.gov