IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> $35,995.00 U.S. CURRENCY, <br><br> Defendant in Rem. | No. 1:22-cv-00919-MSN-WEF |

**ORDER**

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge William E. Fitzpatrick ("Recommendation") on July 20, 2023 (Dkt. No. 28). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was August 3, 2023. No objections have been filed. Upon review of the record and Judge Fitzpatrick's Recommendation, and finding good cause to do so, it is hereby

**ORDERED** that the Recommendation (Dkt. No. 28) is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment as to Defendant $35,995.00 U.S. Currency is **GRANTED**; and it is further

**ORDERED** that an order of forfeiture is hereby entered declaring that the Defendant Currency, consisting of $35,995.00 in United States currency seized on March 2, 2022 at Dulles International Airport, be forfeited to the United States of America pursuant to 18 U.S.C. § 881(a)(6), and that the Attorney General, or a designee, be authorized to seize the forfeited funds and take full and exclusive custody and control of those funds.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
September 18, 2023